## SUPREME COURT.

### LUCIE N. COLLINS agt. JANE HEATHER.

Where, after a trial and verdict for rent due, judgment was entered and execution issued against the defendant, and the defendant moved to set aside the judgment and execution on the ground (disclosed for the first time) that she was a *married woman,*

*Held,* the evidence showing that her husband had been absent from the state a long time, and tending to show that she kept a boarding-house on her own account, that the motion *be denied, with costs.*

*New York Special Term, June,* 1862.

THIS was an action to recover rent. The defence was, surrender of the lease and payment. Upon the trial in March, 1862, before Mr. Justice JAMES and a jury, a ver-

Lawrence agt. Derby.

dict was given for the plaintiff. Judgment was entered, and execution thereon was issued. A motion was then made by the defendant to set aside the judgment and execution, on the ground that defendant was a married woman when she hired the premises in question of the plaintiff, and still remained such; that she was not, therefore, personally liable for the rent, and that no action could be maintained or judgment given against her personally. The question of coverture was not raised at the trial, nor did the fact appear at any stage of the case prior to the motion. It was conceded that defendant's husband was, and for a long time had been, absent from this state. The opposing affidavits tended to show that defendant was keeping a boarding-house on her own account, and had occupied the plaintiff's said premises for that purpose.

RICHARD BUSTEED, *for the motion.*

EDWARDS & ODELL, *opposed, cited Code,* §§ 144, 147–8; - 4 *E. D. Smith,* 125; 2 *Duer,* 679; 21 *How.,* 309; 13 *Abb.,* 13.

BARNARD, Justice, after consideration, denied the motion, with costs.